ABRAHAM MOLIVER, as Administrator of the Estate of ISIDORE MOLIVER, Deceased, Appellant, *v.* SAMUEL KNEBEL, Respondent.

Submitted January 3, 1944; decided January 13, 1944.

*Morris Felder* for motion.

*Harry J. McDermott* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the judgment does not finally determine the action within the meaning of the Constitution.